1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LOUIE BUCAO,

11             Plaintiff,                    No. 2:12-cv-1700 DAD P

12        vs.

13   GARY SWARTHOUT, et al.,

14             Defendants.                   ORDER

15   _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

                                            1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, a

3    completed affidavit in support of his request to proceed in forma pauperis on the form provided

4    by the Clerk of Court together with a certified copy of his prison trust account statement for the

5    six month period immediately preceding the filing of the complaint;

6    2.  The Clerk of the Court is directed to send plaintiff a new Application to

7    Proceed In Forma Pauperis By a Prisoner; and

8    3.  Plaintiff's failure to comply with this order may result in the dismissal of this

9    action without prejudice.

10   DATED: July 11, 2012.

11

12   _____

13   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

14

15   DAD:12:md
     buca1700.3c+.new

16

17

18

19

20

21

22

23

24

25

26