1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LOUIE F. BUCAO,

11            Plaintiff,                    No. 2:12-cv-1700 MCE DAD (PC)

12        vs.

13   G. SWARTHOUT, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16        On February 4, 2013, defendants filed a motion to dismiss pursuant to Federal

17   Rule of Civil Procedure 12(b), contending that plaintiff failed to exhaust his available

18   administrative remedies before filing this action as required.  Plaintiff has not opposed the

19   motion.

20        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ."  On October 25, 2012, plaintiff was advised of the requirements

23   for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

24   waiver of opposition to the motion.

25        Local Rule 110 provides that failure to comply with the Local Rules "may be

26   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

inherent power of the Court."  In the order filed October 25, 2012, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: April 11, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
buca12cv1700.46o